In the Matter of the CITY OF NEW YORK, Acting for and on Behalf of the New York City Housing Authority, Respondent, Relative to Acquiring Title to Real Property within the Area Bounded by Triborough Bridge Approach and Certain Streets in the Borough of Manhattan, Selected as a Site for TRI-BOROUGH HOUSES. GILFAR CORPORATION et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.

In the Matter of the CITY OF NEW YORK, Acting for and on Behalf of the New York City Housing Authority, Appellant, Relative to Acquiring Title to Real Property within the Area Bounded by East 112th Street and Other Streets, in the Borough of Manhattan, Selected as a Site for JEFFERSON HOUSES. HENRY LOMBARDI, Respondent.— Decree affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.; Glennon and Callahan, JJ., dissent and vote to reverse in the following memorandum: In our opinion the court presiding in condemnation had the power and the duty to decide the question involved herein in connection with the application for a final decree. We vote to reverse the decree insofar as appealed from and order a new trial of the issues as to the rights of the parties under the contract of sale.

GEORGE S. MAY et al., Copartners Doing Business under the Name of GEORGE S. MAY COMPANY, Respondents, v. C. H. CLEWORTH & ASSOCIATES, INC., Appellant.— Order unanimously affirmed and an immediate trial is directed. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.

GEORGE S. MAY et al., Copartners Doing Business under the Name of GEORGE S. MAY COMPANY, Respondents, v. C. H. CLEWORTH & ASSOCIATES, INC., Defendant, and LOUIS B. JOYCE et al., Interveners, Appellants.— Order unanimously reversed. The interveners are sufficiently interested in the subject of this litigation to warrant intervention as a matter of discretion. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.

WILLIAM L. TAUB, Respondent, v. YOLANDA MONTEZ, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.

(June 9, 1953.)

REGINA VEIHELMANN, Respondent, v. MANUFACTURERS SAFE DEPOSIT COMPANY, Appellant.